IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| LISA WATKINS,<br>**Plaintiff** | )<br>)<br>) |
| vs. | )    Civil Action No. 3:20-cv-00246 JTK<br>) |
| ANDREW SAUL, Commissioner,<br>Social Security Administration,<br>**Defendant** | )<br>)<br>) |

## ORDER

Before the Court is Defendant's Unopposed Motion To Reverse and Remand (Doc. No. 11). The Commissioner ("Defendant") requests this remand to allow for further administrative proceedings. Upon examination of the merits of this case, it is hereby ORDERED that this Motion be granted and this case be reversed and remanded to the Commissioner for further administrative action pursuant to sentence six of section 205(g) of the Social Security Act, 42 U.S.C.§405(g).

SO ORDERED this 25th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE