# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

| | |
|---|---|
| **LISA WATKINS,** ) | |
| **Plaintiff** ) | |
| ) | |
| **vs.** ) | Civil Action No. 3:20-cv-00246 JTK |
| ) | |
| **ANDREW SAUL, Commissioner,** ) | |
| **Social Security Administration,** ) | |
| **Defendant** ) | |

## JUDGMENT

This case is remanded to the Defendant for further administrative action pursuant to sentence six of the Social Security Act, 42 U.S.C. §405(g).

SO ADJUDGED on this 25th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE