# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**LISA WATKINS**                                                    **PLAINTIFF**

**v.**                             **Case No. 3:20-cv-00246-JTK**

**KILOLO KIJAKAZI,**                                       **DEFENDANT**
**Acting Commissioner**
**Social Security**

## ORDER

Before the Court is Plaintiff's Motion for Judgment. (Doc. No. 16)

On January 22, 2021, Defendant filed a Motion to Remand this case to the Commissioner for further administrative proceedings (Doc. No. 11), which was granted by the Court on January 25, 2021. (Doc. No. 12) Along with this order, the Court also entered a separate Judgment. (Doc. No. 13) On January 26, 2021, Plaintiff filed a Motion to Withdraw the Judgment (Doc. No. 14), arguing that the entry of judgment was premature pursuant to sentence six of 42 U.S.C. § 405(g). Unlike a sentence-four remand where an immediate judgment is entered, a sentence-six remand requires judgment to be withheld until post-remand proceedings are concluded. Therefore, on January 27, 2021, the Court rescinded the entry of judgment until such time as the post-remand proceedings have been concluded. (Doc. No. 15) Following the remand entered by this Court on January 25, 2021, the Commissioner entered a decision favorable to the Plaintiff, which concluded the proceedings. As such, an entry of judgment is now ripe in this case and Plaintiff's Motion for Judgment (Doc. No. 16) is granted. The clerk is directed to administratively close this file.

SO ORDERED THIS 26th day of May, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE